adjournment to enable his attorney to review documentation. The court did not abuse its discretion in refusing to grant an adjournment (*see, Matter of Philip Jaye J.,* 256 AD2d 1201). Respondent had ample opportunity to provide his attorney with those documents before the hearing or during the two-month adjournment before the hearing was concluded. Respondent's additional contention that the court erred in taking judicial notice of facts based on personal knowledge is not preserved for our review (*see, Matter of Star Leslie W., supra,* at 145; *see also, Matter of Juanita Katerina M.,* 205 AD2d 474). (Appeal from Order of Erie County Family Court, Mix, J.— Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

◼ In the Matter of ANNA M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 2.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

◼ In the Matter of JOSEPH M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 3.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

◼ In the Matter of JOSE M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 4.) [700 NYS2d 913] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

◼ In the Matter of ANTHONY M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 5.) [700 NYS2d 880] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family

Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

▮▮▮ In the Matter of JENNIFER M., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK M., Appellant. (Appeal No. 6.) [700 NYS2d 879] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Mark M.* (267 AD2d 1045 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

▮▮▮ In the Matter of JOSH RAY O., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SANDRA O. R., Appellant. (Appeal No. 1.) [700 NYS2d 914] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in revoking the orders of suspended judgment (*see,* Family Ct Act § 633) without conducting a hearing pursuant to 22 NYCRR 205.50 (d) (4). Unless there is language to the contrary contained in an order of suspended judgment (*see, e.g., Matter of Jennifer D.,* 172 AD2d 1023; *Matter of Townsend,* 104 Misc 2d 927, 928), the expiration of the period of suspension does not result in an automatic termination of parental rights (*see, Commissioner of Social Servs. [T./C. Children] v Rufelle C.,* 156 Misc 2d 410, 414; Carrieri, Supp Practice Commentaries, McKinney's Cons Laws of NY, Book 52A, Social Services Law § 384-b, 1999-2000 Interim Pocket Part, at 235-236). We remit the matters to Erie County Family Court for a hearing before another Judge on the petition filed by the Erie County Department of Social Services pursuant to 22 NYCRR 205.50 (d) (1). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

▮▮▮ In the Matter of DOUGLAS C. O., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SANDRA O. R., Appellant. (Appeal No. 2.) [700 NYS2d 884] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Josh Ray O.* (267 AD2d 1048 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.